INWOOD OWNERS, INC. v. TOWNSHIP OF LITTLE FALLS.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 485)

DANIEL DE LORENZI v. CITY OF NEWARK.

June 9, 1987.

Petition for certification denied.

JANICE KING v. NANCY J. BANNIGAN, A/K/A NANCY BANNI-
GAN RICKETTS AND TOWNSHIP OF MAPLEWOOD.

June 9, 1987.

Petition for certification denied.

SPYROS AMITSIS v. MILDRED SMALLEY.

June 9, 1987.

Petition for certification denied.